UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
U.S PHILIPS CORP., a Delaware Corporation,
et al.,

                              Plaintiffs,                      **ORDER**
                                                                           CV 04-2573 (TCP)(ARL)
     -against-

WINGS DIGITAL CORP., a Delaware
Corporation, and MANINDER SETHI,

                              Defendants.
----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      In compliance with this court's August 31, 2005 order directing the defendants to notify the undersigned within two weeks of the conclusion of the bankruptcy proceedings, defendants have advised, by letter dated December 14, 2005, that the bankruptcy matter has been resolved and that the Bankruptcy Court's December 1, 2005 order vacated the automatic stay of this action as against Wings Digital Corporation. Defendants also request that a conference be scheduled to address discovery issues that have arisen in this case, acknowledging that while the stay in this case has not yet been lifted, this case should now proceed against defendant Sethi in light of the conclusion of the bankruptcy matter.[1] By letter dated December 19, 2005, the plaintiffs have responded to the defendants' December 14, 2005 letter and defendant Sethi has submitted an unauthorized reply letter dated December 19, 2005.

      Given the conclusion of the bankruptcy matter, the stay of this case is hereby rescinded and this case shall proceed in the ordinary course in accordance with the following schedule:

---

[1] The plaintiffs and defendant Wings Digital Corp. have settled their dispute in this case as part of the bankruptcy matter, subject to District Judge Platt's approval of their proposed consent judgment.

| | |
|---|---|
| March 31, 2006 | All discovery (fact and expert) shall be completed. |
| April 14, 2006 | Any party seeking to make a dispositive motion shall take the first step in the motion process by this date.  The parties are directed to Judge Platt's rules in this regard. |
| **April 28, 2006** | Final conference before the undersigned at **11:00 a.m**..  The parties shall electronically file their proposed joint pretrial order in advance of the final conference. |

With regard to the defendants' request for a conference to address its objections to the document demands served by the plaintiffs, the court declines to schedule a conference at this time.  Defendants have not indicate what efforts, if any, have been made to resolve this issue prior to seeking court intervention.  Accordingly, the parties are directed to meet and confer in good faith.  If the parties are unsuccessful in resolving this issue, defendants may raise their objections in a letter and plaintiffs may respond by letter.  Each of these letters shall not exceed three pages.

Dated: Central Islip, New York      **SO ORDERED:**
       December 22, 2005

                                                              /s/
                                          _____
                                          ARLENE R. LINDSAY
                                          United States Magistrate Judge