UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
U.S. PHILIPS CORPORATION, et al.,

                              Plaintiffs,                  **ORDER**
                                                                       CV 04-2573 (TCP) (ARL)

     -against-

WINGS DIGITAL CORPORATION, et al.,

                              Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Following lengthy settlement conferences before the undersigned, this court stayed further proceedings in this case through March 29, 2007 while the parties continued to pursue settlement. See Order, dated March 15, 2007. The parties were advised that the case will be marked ready for trial and returned to District Judge Platt if their attempts to reach a settlement prove unsuccessful. (Id.). By letter dated April 17, 2007, plaintiffs advise the court that the parties' have been unsuccessful in reaching a settlement and therefore request that the stay be lifted at this time.

      Given the foregoing, the stay of this matter is lifted. The parties' proposed joint pretrial order substantially complies with the requirements of District Judge Platt and is approved. Accordingly, the case is marked ready for trial and is returned to the district court for final disposition.

Dated: Central Islip, New York                  **SO ORDERED:**
       April 18, 2007

                                                        _____/s/_____
                                                        ARLENE R. LINDSAY
                                                        United States Magistrate Judge